**Albert P. WILSON, Plaintiff–Appellant,**

v.

**IRVIN, Medical Technical Assistant; et al., Defendants–Appellees.**

No. 08–56409.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2013.*

Filed March 22, 2013.

Albert P. Wilson, Coalinga, CA, pro se.

Attorney General, Esquire, AGCA–Office of the California Attorney General, San Diego, CA, for Defendants–Appellees.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

California state prisoner Albert P. Wilson appeals pro se from the district court's judgment dismissing for failure to effectuate service of process his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We reverse and remand.

The district court erred in concluding that Wilson's transfer from Calipatria State Prison deprived it of jurisdiction to

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

issue a contempt citation and impose sanctions on the Calipatria State Prison litigation coordinator for failure to comply with its July 10, 2006 order granting in part and denying in part Wilson's motion regarding service of process. *See Shillitani v. United States*, 384 U.S. 364, 370, 86 S.Ct. 1531, 16 L.Ed.2d 622 (1966) ("There can be no question that courts have inherent power to enforce compliance with their lawful orders through civil contempt.").

The district court should strongly consider appointment of counsel on remand.

**REVERSED and REMANDED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.